# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN GARCIA-CORTEZ, | ) NO. SACV 11-1554-CJC (MAN) |
| Petitioner, | ) |
| v. | ) ORDER ACCEPTING FINDINGS AND |
| LINDA SANDERS, WARDEN, | ) RECOMMENDATIONS OF UNITED STATES |
| Respondent. | ) MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed and no Objections have been filed with the Court. The Court accepts the findings and recommendations set forth in the Report.

IT IS ORDERED that: (1) Grounds One and Two of the Petition are denied; (2) Grounds Three and Four of the Petition are dismissed for lack of jurisdiction; and (3) Judgment shall be entered dismissing this action with prejudice as to Grounds One and Two and without prejudice as to Grounds Three and Four.

 1        IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
 2   the Judgment herein on the parties.
 3
 4        LET JUDGMENT BE ENTERED ACCORDINGLY.
 5
 6   DATED: May 31, 2013.
 7
 8                                         _____
                                              CORMAC J. CARNEY
 9                                         UNITED STATES DISTRICT JUDGE