JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JUAN GARCIA-CORTEZ, | ) | NO. SACV 11-1554-CJC (MAN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| LINDA SANDERS, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice as to Grounds One and Two of the Petition and without prejudice as to Grounds Three and Four of the Petition.

DATED: <u>May 31, 2013</u>.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE